IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A DUSTE,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON PRODUCTS CO,<br><br>    Defendant.<br>_____/ | No. C 08-03980 MEJ<br><br>**ORDER REQUESTING STATUS UPDATE** |

On March 19, 2009, the parties in the above-captioned matter participated in a settlement conference with Magistrate Judge Wayne D. Brazil, at which time the case did not settle. As no case management deadlines have been established in this case, the Court hereby ORDERS the parties to file a joint case management statement by May 14, 2009.

**IT IS SO ORDERED.**

Dated: April 30, 2009

                                                 MARIA-ELENA JAMES<br>                                                 United States Magistrate Judge