IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A DUSTE,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON PRODUCTS CO,<br><br>    Defendant.<br>_____ / | No. C 08-03980 MEJ<br><br>**ORDER RE STATUS** |

The Court is in receipt of the parties' Updated Joint Case Management Statement, filed May 14, 2009. (Dkt. #13.) Upon review of the parties' statement, the Court agrees that it is premature to schedule a trial date. However, the parties give no indication of requested deadlines for pretrial matters such as discovery and dispositive motions. Accordingly, the parties shall continue to proceed with the discovery addressed in their statement, and shall file a joint status report by June 18, 2009. In their report, the parties shall include proposed discovery and dispositive motion deadlines, and they shall also state whether it would be beneficial to participate in a further settlement conference given the progress with the discovery in this case.

**IT IS SO ORDERED.**

Dated: May 18, 2009

MARIA-ELENA JAMES
United States Magistrate Judge