# UNITED STATES DISTRICT COURT
## Northern District of California

RICHARD A DUSTE,

        Plaintiff,

  v.

CHEVRON PRODUCTS COMPANY,

        Defendant.
_____/

No. C 08-3980 MEJ

**ORDER REQUESTING AVAILABILITY REPORT**

On September 2, 2010, the Court issued a ruling on Defendant's summary judgment motion. As Plaintiff's slander cause of action remains pending, this matter is ready to proceed to trial. Accordingly, the Court ORDERS the parties to meet and confer by September 30, 2010 for the purpose of scheduling the trial. The parties shall then file a joint statement with the dates on which both parties are available. Given the need for pretrial filings, and the undersigned's current civil and criminal case calendars, the likely first date that trial may commence is December 13, 2010. However, the Court advises the parties that the trial might be scheduled considerably later, so the joint statement should include dates through May 2010.

**IT IS SO ORDERED.**

Dated: September 2, 2010

                                  _____
                                  Maria-Elena James
                                  Chief United States Magistrate Judge