UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RICHARD A DUSTE,<br><br>          Plaintiff,<br>  v.<br>CHEVRON PRODUCTS COMPANY,<br><br>          Defendant.<br>_____/ | No. C 08-3980 MEJ<br><br>**ORDER OF REFERENCE** |

      This matter is hereby referred to a magistrate judge for a settlement conference, to take place prior to September 29, 2011.

      **IT IS SO ORDERED.**

Dated: September 6, 2011

                                                                          _____<br>
                                                                         Maria-Elena James<br>
                                                                         Chief United States Magistrate Judge