UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| RICHARD A DUSTE, | No. C 08-3980 MEJ |
| Plaintiff, | |
| v. | **ORDER OF REFERENCE** |
| CHEVRON PRODUCTS COMPANY, | |
| Defendant. | |
| _____/ | |

This matter is hereby referred to a magistrate judge for a settlement conference, to take place prior to September 29, 2011.

**IT IS SO ORDERED.**

Dated: September 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge