| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | MARCIA L. POPE  #124878 |
| 2 | ANA N. DAMONTE  #215504 |
| | 50 Fremont Street |
| 3 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |
| 4 | Telephone:  (415) 983-1000 |
| | Facsimile:  (415) 983-1200 |
| 5 | |
| | Attorneys for Defendant |
| 6 | CHEVRON U.S.A. INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | | |
|---|---|---|
| RICHARD A. DUSTE, | ) | No.  CV 08 3980 MEJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER APPROVING DEFENDANT'S REQUEST FOR ORDER REGARDING DEMONSTRATIVE EQUIPMENT FOR TRIAL** |
| CHEVRON PRODUCTS COMPANY, INC., a corporation, DOES ONE through TWENTY, | ) | |
| Defendants. | ) | Date:  October 3, 2011<br>Time:  9:00 a.m.<br>Dept.:  Courtroom B |
| | ) | JUDGE MARIA ELENA JAMES |

1    The Court having considered the Request for Order Regarding Demonstrative
2    Equipment for Trial ("Request") filed on September 20, 2011 by Defendant Chevron
3    U.S.A. Inc. ("Defendant"), and good cause appearing therefor,
4    IT IS HEREBY ORDERED that:
5    1.    Defendant's Request is hereby granted in its entirety.
6    2.    Defendant may bring to the Court for trial the following demonstrative
7    equipment: (a) a PowerPoint Projector, and (b) a laptop computer.

Dated:  September 21, 2011                    _____

The Honorable Maria Elena James