UNITED STATES DISTRICT COURT

Northern District of California

RICHARD DUSTE,

                Plaintiff,
  v.

CHEVRON PRODUCTS CO., INC.,

                Defendant.
_____/

No. CV08-03980 MEJ

**ORDER RE: PROPOSED JUDGMENT**

On September 2, 2010, the Court entered its *Order re Defendant's Motion for Summary Judgment*, in which the Court granted Defendant Chevron U.S.A. Inc.'s motion for summary judgment as to Plaintiff Richard A. Duste's claims for negligence, intentional interference with contractual relations, negligent interference with contractual relations, intentional infliction of emotional distress, negligent infliction of emotional distress, libel, breach of contract, and violation of California Business & Professions Code section 17200, et seq.. Dkt. No. 36. On October 7, 2011, a jury returned a verdict on October 7, 2011 after trial in favor of Plaintiff and against Defendant on Plaintiff's claim for slander. Dkt. No. 81.

Accordingly, the Court ORDERS the parties to meet and confer by November 15, 2011, and thereafter file a joint proposed judgment. If one party wishes to include a term to which the other party objects, the term shall be marked as "disputed" and included within the proposed judgment, in the place where the party proposing the term believes it should be included. If there are any terms on which the parties disagree as to form and/or content, both parties' proposed terms shall be included in one section marked as "disputed." Argument and authority for and against each disputed term shall be filed as a separate joint document. The parties shall ensure that the proposed judgment is submitted as a Word or WordPerfect document via email to mejpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: November 3, 2011

                                                            _____
                                                            Maria-Elena James
                                                            Chief United States Magistrate Judge