# UNITED STATES DISTRICT COURT

# Northern District of California

| | |
|---|---|
| RICHARD DUSTE,<br><br>　　　　　Plaintiff,<br>　v.<br>CHEVRON PRODUCTS CO., INC.,<br><br>　　　　　Defendant.<br>_____/ | No. C 08-3980 MEJ<br><br>**ORDER STAYING DEFENDANT'S MOTION TO AMEND ORDER DENYING COSTS** |

On March 16, 2012, Defendant Chevron U.S.A. Inc. filed a Motion to Amend Order Denying Costs. Dkt. No. 106. As this case is currently pending on appeal before the Ninth Circuit, the Court finds it appropriate to conserve the Court's and the parties' resources pending resolution of the appeal. Accordingly, Defendant's motion and the related briefing and hearing schedule are STAYED pending appeal. The parties shall notify the Court within 30 days of the Ninth Circuit's decision.

**IT IS SO ORDERED.**

Dated: March 19, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge